UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

TYROSH BROWN,

        Plaintiff,

                                               Case No.  1:10-CV-733

v.

                                               HON. GORDON J. QUIST

KENT COUNTY RECYCLE CENTER,

        Defendant.

_____/

**<u>ORDER</u>**

In accordance with the Opinion entered on this date,

**IT IS HEREBY ORDERED** that Plaintiff's complaint is **DISMISSED** pursuant to 28

U.S.C. § 1915(e)(2) for the reason that it fails to state a claim upon which relief can be granted.

This case is **concluded**.


Dated:  November 24, 2010                   /s/ Gordon J. Quist
                                        GORDON J. QUIST
                                  UNITED STATES DISTRICT JUDGE